**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6458**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MILTON KEITH JAMES,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CR-88-70-K, CA-01-1904-JFM)

———————

Submitted:  July 18, 2002          Decided:  July 24, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Milton Keith James, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Milton Keith James seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. James</u>, Nos. CR-88-70-K; CA-01-1904-JFM (D. Md. filed July 16, 2001; Jan. 7, 2002 & entered Jan. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>